# No. B-19

## IN THE MATTER OF MARY GRANT

*July 27, 1812*

*Held:*

The return is insufficient inasmuch as no felony, or other offence, is alleged to have been committed.